IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

COSTEL G. SERBAN,

     Appellant,

v.

HSBC BANK, USA, NA, AS
TRUSTEE FOR NOMURA
ASSET ACCEPTANCE
CORPORATION MORTGAGE
PASS THROUGH
CERTIFICATES, SERIES 2005-
AR5,

     Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-5278

Opinion filed July 2, 2015.

An appeal from the Circuit Court for Okaloosa County.
Keith Brace, Judge.

Steven W. Copus, of Copus & Copus, P.A., Shalimar, and George M. Gingo, and
James Orth, Jr., of Gingo & Orth, P.A., Titusville, for Appellant.

Elizabeth T. Frau, of Ronald R. Wolfe & Associates, P.L., Tampa, for Appellee.

PER CURIAM.

     AFFIRMED.

RAY, SWANSON, and MAKAR, JJ., CONCUR.